FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 04, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KYLE RAYMOND LEE BURNETT,<br>Plaintiff,<br>v.<br>BOB FURGUSON, Governor; NICK BROWN, Attorney General; MIKE PELLICCIOTTI, Treasurer; and STEVE HOBBS, Secretary of State,<br>Defendants. | No. 1:26-CV-03075-SAB<br><br>**ORDER DISMISSING COMPLAINT; CLOSING FILE** |

On July 29, 2026, the Court granted leave for Plaintiff to file an amended complaint. The deadline has passed, and no action has been taken.

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned case is **DISMISSED with prejudice**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, provide copies to *pro se* Plaintiff, and **close** the file.

**DATED** this 4th day of September 2026.

Stan Bastian
Chief United States District Judge